## File Hashes for IP Address 173.72.163.229

**ISP:** Verizon FiOS
**Physical Location:** Leesburg, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/21/2014 14:24:28 | 29B5C1458F77A7FCF21F3E70CC15CCFFD43575F8 | Enjoy My Backdoor |
| 06/21/2014 13:56:49 | C9B95DAFFAF37D0C621B6103FCB14DB26DDF5EAF | Go Down On Me |
| 06/21/2014 11:52:00 | 77EA6FC85FD44D73D9C4B62CA91255AFC39F66F0 | They Seem so Sweet |
| 06/20/2014 23:46:42 | C0AFF352DF09EF3B4C9A917B296A5A492DD46753 | Give Me More |
| 06/20/2014 23:45:09 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 06/11/2014 00:12:41 | AE4EC980698ECB0BF4BE0E007B56E572E46B9C95 | Sex With Glasses |
| 05/28/2014 16:36:22 | ED9DA0771B03E93B09432C56BB42B0A2A5951DBD | Epic Love |
| 05/20/2014 00:32:12 | 7476A27C412142B3B4F7488774E082B016CB548A | A Thought of You Part 2 |
| 05/13/2014 09:03:21 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 05/13/2014 04:17:56 | 70096782852F9ECDC39E57E98DC415B1C1721071 | Rope Priority |
| 05/08/2014 21:46:06 | 3FB20271579C537E0B4468851F7FDD8A2D078CA7 | Au Paradis |
| 05/08/2014 20:56:16 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 05/08/2014 18:00:06 | 610CFCE7120388DC5837458AB1B8EB83B67B9A8D | Perfect Timing |
| 05/02/2014 00:56:55 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 05/01/2014 23:26:35 | 0914A39B9323ED153D2865702F329A5242FC52D7 | Come To Me Now |
| 05/01/2014 20:14:58 | 8E099E1065026C5FB542D254B4B5B1C68F490DE8 | Surprise Surprise |
| 05/01/2014 19:48:52 | 5FD72C74287630FC37D0C486517696DD1548598B | In My Living Room |
| 04/21/2014 16:25:34 | 63C47F0F1A433E16CE264F1B202350E334E37911 | Group Sex |
| 04/13/2014 19:39:14 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |
| 04/10/2014 13:00:31 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 04/06/2014 00:02:01 | 4FAE03001E7F4011887D741FD6F861F73746FFE4 | All About Anna |
| 04/05/2014 23:14:23 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |

EXHIBIT A

EVA41

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/05/2014 23:13:31 | 7F54C1C11CCF377FC2CD5059E935A0AEA68B4D4C | My Days in Rome |
| 04/05/2014 23:12:57 | A5123B790D8135E347F892538A87232A61BB0F8F | Floating Emotions |
| 03/23/2014 20:54:57 | B5F7917A01002453F13815D60A7C484BA2414F60 | Insanely Gorgeous |
| 03/23/2014 20:44:54 | FF723980C2C688152735FDFE6F2809456FE41C80 | Sweet Surrender |
| 03/23/2014 14:42:29 | 1104D5D25009B560A8B01553A13AB0707A95D407 | Deep Blue Passion |
| 03/18/2014 01:13:01 | 35841A3238869F79A4A5E228CA80EA5BB7ED118B | Remembering Strawberry Wine |
| 03/17/2014 22:31:20 | AEF9C4F636828971CB5B384BB331A51F2A8199B0 | Fashion Fantasy |
| 03/17/2014 14:59:04 | 65E7F4F0559191FC09B4D95A91E54F6ED6004005 | All Oiled Up |
| 03/16/2014 22:01:12 | AB65AD2B2BD1B7FB832B3201C91E11859825D8AF | Sweet Dreamers |
| 03/12/2014 19:00:57 | 70E941570E2C92A52C8660BF6170E0A67963CB3A | Trophy Wife |
| 03/02/2014 14:34:29 | BFEB9E4987428D3BA6465097366CFD4133BED9A2 | I Am In the Mood |
| 03/02/2014 00:37:52 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 03/01/2014 15:18:50 | 09E71C368BC5AF8527C7E891B5EE6E5016A56511 | Feeling Frisky |
| 03/01/2014 15:16:25 | 1DDAD1A7BE3BA74A1EF1E43F91098182773A237B | Morning Meditation |
| 02/12/2014 09:36:46 | A9FFEF004DDCB73062617FA717FDF499F6B5FFA8 | No Turning Back Part #1 |
| 02/12/2014 09:25:59 | BD97F008139519F25153E466EA5A05BCC066EA65 | And Then There Was You |
| 02/12/2014 08:52:32 | 3D1409EB4CD87B08B8DC9134D3B3640A100D9E67 | Zeppelin on Fire |
| 02/12/2014 08:06:57 | A26AF7478081B7D3708B4F1CA86F9F344B7174F5 | Season of Love |
| 02/12/2014 08:02:32 | EBCCB75A9E2A8ED79E1BA39144E7D4299EC14EDB | Lying Around |
| 02/12/2014 08:00:23 | 6C872B854EB37AAF2D391497EC4780DDCA98EDA8 | Submissive Seduction |
| 02/12/2014 07:16:27 | 0944533A55E8D6C20B75C02A55D5CD3C5B75BE29 | In for the Night |
| 02/12/2014 05:57:38 | F3977CFB6341684111D6D93A5701B340BFDEE86A | They Only Look Innocent |
| 02/12/2014 05:06:21 | A1C00865AD3F18AF456EE64D84078006B5CBA148 | Ready for Love |
| 02/12/2014 05:05:25 | C5F7CFA8BEA5DD707C8015BC46E52D5A57C86637 | Playing Dress Up |
| 02/12/2014 04:59:10 | 5B669775385EE0045AF5009C38E6CE34412D5951 | Apertif Our Style |

EXHIBIT A

EVA41

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/12/2014 04:48:33 | A50E5072E0101D0332CBA4658F983A5ACAF38BCD | Love at First Sight |
| 02/12/2014 04:16:47 | B4C14CD2E96888C11B46C1C688585DACF59ED5B4 | Good Night Kiss |
| 02/12/2014 00:02:14 | 4E67DEDB0AECF0C5F7CC649BA56BB250EA4532BC | So Young |
| 02/11/2014 18:10:31 | 45581AD35B1A967ED54A4AEF092EC1B9FAB0CCA6 | The Way I Feel |
| 02/11/2014 16:44:19 | 7C9D0B94A55EE65672EFA6346C76CE1AFFD2DB0E | Three Way is the Best Way |
| 02/11/2014 13:32:41 | 999AB8996B35673D65C5C7BCBB92247155EABCB3 | A Christmas Story |
| 02/11/2014 10:50:27 | A71F53AF49426369741F89B3CFEB8A692E301CF1 | No Turning Back Part #2 |
| 02/11/2014 06:41:18 | 9FFB8F87830E308D8FF943CC4D2023975AF5C55F | Get Wild at Home |
| 02/11/2014 04:10:10 | 01F15A72D2A965A83AA085B9293C8F254B69ACBA | A Hot Number |
| 02/11/2014 03:02:14 | B3009D2AB4C428CD64A720A50C539FDC54E68E0D | A Gift from Colette |
| 02/11/2014 01:59:25 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 02/10/2014 01:12:57 | 285A181081E669B1565C8ADB7448F4C5DC89E576 | I Can Not Wait |
| 01/11/2014 01:03:08 | C1CD39E7B1126E6B78509E0CD1026E1D5388C44C | Getting Ready For You |
| 11/29/2013 17:46:02 | 1868C1ABDF117F377E6F022A1AB3D01CD18AD1E7 | Double Daydreams |
| 11/29/2013 17:38:19 | 89D35C8C97C7F65F2B55955ADC865779159BDD5F | This Really Happened |
| 11/29/2013 17:29:24 | F760C8166826B6712709293677420E59898125CE | What a Girl Wants Part #2 |

**Total Statutory Claims Against Defendant: 63**